U.S. Magistrate Judge S. Kate Vaughan

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DAVID CABRALES SOLIS and ROBERTO BETANCOURT, <br> Defendants. | CASE NO. MJ21-549 <br><br> COMPLAINT for VIOLATION <br><br> Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A) |

BEFORE the Honorable S. Kate Vaughan, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT ONE

**(Possession of Fentanyl with Intent to Distribute)**

On or about October 6, 2021, at Auburn, Washington, within the Western District of Washington, DAVID CABRALES SOLIS and ROBERTO BETANCOURT did knowingly and intentionally possess, and did aid and abet the possession, with the intent to distribute, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a substance controlled under Title 21, United States Code, Section 812.
*United States v. Cabrales Solis & Betancourt*
Complaint - 1
2021R01139

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is further alleged that the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

And the undersigned complainant states that this Complaint is based on the following information:

## AFFIANT BACKGROUND

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent with Homeland Security Investigations (HSI), Department of Homeland Security, and have been so employed since September 2020. In that capacity, I investigate narcotics and bulk cash smuggling. I am currently assigned to the Seattle Field Division, Seattle Office. Prior to my employment with HSI, I was a Special Agent with the Social Security Administration, Office of the Inspector General for two and a half years. Prior to that, I served honorably for seven years in the United States Army Special Operations Command where I achieved the rank of Staff Sergeant and received numerous medals for both service and valor in combat.

3. My training and experience includes, but is not limited to, the twelve-week Criminal Investigation Training Program at the Federal Law Enforcement Training Center (FLETC), a four-week Inspector General Investigator Training Program, and a two-week Covert Electronic Surveillance Program at the FLETC.

4. During my law enforcement career, I have become familiar with investigations of drug trafficking organizations, methods of importation and exportation, distribution, and smuggling of controlled substances, and financial and money laundering investigations. I have participated in investigations involving organizations trafficking in controlled substances, including heroin, and such investigations have

*United States v. Cabrales Solis & Betancourt*
Complaint - 2
2021R01139

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

resulted in the arrests of drug traffickers and seizures of controlled substances. I have participated in the execution of drug search warrants and have personally been involved in the seizure of controlled substances. Based on my training, experience and conversations with other experienced narcotics investigators, I have gained experience in the techniques and methods used by drug traffickers to distribute controlled substances.

5. The facts set forth in this affidavit arise from my personal and direct participation in the investigation, my experience and training as an HSI Special Agent, my conversations with witnesses and other law enforcement personnel participating in this and related investigations, and my review of relevant documents and reports. I have not included each and every fact known to me or other investigative personnel concerning this investigation. My specialized training and experience in drug investigations, as well as the assistance and input of experienced fellow investigators, form a basis for my opinions and conclusions, which I drew from the facts set forth herein.

## INVESTIGATION AND PROBABLE CAUSE

6. In late April 2021, HSI along with the Bellevue Police Department began an investigation into a narcotics dealer believed to be supplying the King County area with multiple pounds of illegal narcotics and thousands of fentanyl pills.

7. Over the following months, agents worked with a confidential informant ("CI" or "SA-828-SE")[1] to conduct multiple meetings with an individual ("Individual 1")[2] known to the CI to be involved in drug trafficking.

8. In mid-September 2021, on a date that is intentionally left vague to protect the investigation, SA-828-SE had a planned meeting with Individual 1 and Individual 1's

---

[1] SA-828-SE has a criminal history that includes a felony drug trafficking conviction, and he/she is working with law enforcement for immigration benefits. Information provided by SA-828-SE during this investigation has been corroborated by other evidence.

[2] The identity of Individual 1 is known to me but I am not including it here to protect the integrity of the ongoing investigation.

*United States v. Cabrales Solis & Betancourt*
Complaint - 3
2021R01139

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

boss. Prior to the meeting, SA-828-SE's person and vehicle were searched for contraband or money. The search was clear and agents then followed SA-828-SE to the meeting location. SA-828-SE did not stop at any point after being searched and drove directly to the meeting location. The planned meeting was conducted in a parking lot in Auburn, Washington. At approximately 6:20 p.m., agents observed SA-828-SE arrive in the parking lot and meet with a Hispanic male later identified as DAVID CABRALES SOLIS. CABRALES SOLIS arrived in a 2017 Nissan Rogue with another unidentified Hispanic male in the passenger seat.

9. Surveillance agents ran the plate of the Nissan Rogue through the Washington Department of Licensing ("DOL") database. The registered owner is DAVID CABRALES SOLIS. Agents obtained a DOL photo of CABRALES SOLIS and distributed it to surveillance agents, who confirmed CABRALES SOLIS as the driver of the Nissan Rogue.

10. Agents observed CABRALES SOLIS exit his vehicle and get into SA-828-SE's vehicle and have a conversation. Approximately 20 minutes later, Individual 1 arrived in his own vehicle and also got into SA-828-SE's vehicle. After approximately an hour-long conversation, agents observed CABRALES SOLIS and Individual 1 exit SA-828-SE's vehicle. Shortly after this, CABRALES SOLIS and the unidentified Hispanic male departed the meet location and drove to an apartment complex located at an address in Auburn, Washington, that is the registered address for the 2017 Nissan Rogue. Agents conducted mobile surveillance of CABRALES SOLIS and observed him park the Nissan Rogue in a parking spot labeled "13" and enter the center of the northern apartment building. Agents could see that CABRALES SOLIS entered a hallway that led to only four apartments, one of which was apartment 13, the registered address for the Nissan Rogue.

11. Agents observed SA-828-SE leave the meet location and followed him/her to a pre-planned location. Once there, SA-828-SE produced a small sample of methamphetamine and fentanyl pills from the center console of his/her vehicle that had

*United States v. Cabrales Solis & Betancourt*
Complaint - 4
2021R01139

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

been supplied by CABRALES SOLIS. SA-828-SE's person and vehicle were then searched by agents, and they discovered no additional currency or contraband in his/her possession. SA-828-SE stated that CABRALES SOLIS identified himself as "the boss" and stated that he recently brought "200 pounds of meth and 100,000 pills" up from Mexico. CABRALES SOLIS instructed SA-828-SE to call him directly for a large deal in the coming days.

12. In late September, on a date that is intentionally left vague to protect the identity of the CI, SA-828-SE was contacted by CABRALES SOLIS by telephone. CABRALES SOLIS stated to the CI that he was able to provide approximately 100,000 fentanyl pills for the price of $4.50 a pill. CABRALES SOLIS stated he was placing the order with his boss in Mexico and the pills should arrive in early October. The CI also invited CABRALES SOLIS to travel with him/her while selling the pills, to which CABRALES SOLIS agreed and stated he would bring 20,000 pills of his own to sell on the trip. CABRALES SOLIS further stated that he was having trouble getting methamphetamine right now but would look for black tar heroin.

13. In late September 2021, on a date that is intentionally left vague to protect the identity of the CI, SA-828-SE was again contacted by CABRALES SOLIS by telephone. CABRALES SOLIS stated that the 100,000 pills would be in his possession on September 29, 2021. SA-828-SE told CABRALES SOLIS that he/she would be travelling back to Washington and that he/she would be available to conduct the deal in the first week of October.

14. In late September 2021, on a date that is intentionally left vague to protect the identity of the CI, I received a call from SA-828-SE who stated that he/she had another conversation with CABRALES SOLIS about the planned deal for 100,000 fentanyl pills. SA-828-SE stated that CABRALES SOLIS had requested help packaging up all the pills in order to be hidden inside SA-828-SE's vehicle after the deal was complete. SA-828-SE reported that the packaging was to be done inside CABRALES SOLIS's apartment. I instructed SA-828-SE to tell CABRALES SOLIS that he/she

*United States v. Cabrales Solis & Betancourt*
Complaint - 5
2021R01139

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

would be in the Auburn area on October 6, and to tell CABRALES SOLIS that he/she would be available to assist with the packaging on that day.

15. In early October 2021, on a date that is intentionally left vague to protect the identity of the CI, I received a call from SA-828-SE who stated that he/she just had another phone conversation with CABRALES SOLIS about the 100,000 fentanyl pills. SA-828-SE stated that CABRALES SOLIS called him/her to advise that he was in possession of the pills and wanted to know if SA-828-SE was still planning on buying all 100,000 pills. CABRALES SOLIS stated that he had a buyer lined up who wanted to purchase 20,000 pills if SA-828-SE was not planning on buying all the pills in CABRALES SOLIS's possession. SA-828-SE advised CABRALES SOLIS that he/she was going to be purchasing all the pills, and not to sell any to anybody else. CABRALES SOLIS agreed, again confirmed he had all 100,000 pills, and confirmed that the deal would go through between SA-828-SE and CABRALES SOLIS on October 6, 2021.

16. On October 6, 2021, at approximately 11:15 a.m., I met with SA-828-SE in preparation for him/her meeting with CABRALES SOLIS to conduct the planned narcotics transaction. Agents searched SA-828-SE's person and vehicle with no cash or contraband found. Agents then followed SA-828-SE as he/she went to El Rinconsito, in Auburn, Washington, the planned meeting location given to SA-828-SE by CABRALES SOLIS. Agents observed SA-828-SE meet with CABRALES SOLIS and a Hispanic male later identified as ROBERTO BETANCOURT. CABRALES SOLIS and BETANCOURT then went to Walmart and went inside the store without SA-828-SE. During this time, SA-828-SE called me and stated that CABRALES SOLIS and BETANCOURT were going to Walmart to get a vacuum sealer to package up the pills. Agents watched as CABRALES SOLIS and BETANCOURT came out of Walmart carrying a package. CABRALES SOLIS and BETANCOURT then traveled back to El Rinconsito and met with SA-828-SE again. BETANCOURT then got in SA-828-SE's vehicle and instructed SA-828-SE to follow CABRALES SOLIS, who was driving a silver Infinity. SA-828-SE followed CABRALES SOLIS to an address in Auburn,

*United States v. Cabrales Solis & Betancourt*
Complaint - 6
2021R01139

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Washington, where all three individuals exited their vehicles and went inside apartment 13. After approximately 10 minutes I texted SA-828-SE to ask if the pills were present, to which he/she replied "yes." I then instructed him/her to leave the apartment, and to tell CABRALES SOLIS that they would go pick up the cash together. Several minutes later SA-828-SE and CABRALES SOLIS exited the apartment and got into SA-828-SE's vehicle. SA-828-SE drove a preplanned route, and agents conducted a traffic stop and placed both SA-828-SE and CABRALES SOLIS in custody.

17. Agents then executed a residential search warrant authorized by a King County judge on the apartment that SA-828-SE and CABRALES SOLIS came from. During the knock and announce for the warrant, BETANCOURT and a minor Hispanic male ran out the back of the apartment. Agents observed BETANCOURT throw a red duffle bag over a fence. BETANCOURT and the minor were placed in custody and the bag was secured. In the apartment agents recovered approximately one pound of suspected methamphetamine, one kilogram of suspected heroin, and several hundred blue pills stamped "m30" that are believed to be counterfeit fentanyl pills.

18. On October 6, 2021, agents executed a King County search warrant on the red duffle bag thrown over the fence by BETANCOURT. Agents found approximately five pounds of suspected methamphetamine and approximately 100,000 pressed, counterfeit "m30" suspected fentanyl pills. Agents did not perform field testing on these substances, nor on the substances found at the apartment, due to the exceptionally dangerous nature of fentanyl and the risks to anyone who handles it. Agents ordered rush lab testing of these substances.

//

*United States v. Cabrales Solis & Betancourt*
Complaint - 7
2021R01139

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CONCLUSION**

19. Based on the aforementioned facts, I believe that DAVID CABRALES SOLIS and ROBERTO BETANCOURT committed the offense of Possession of Fentanyl with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

RORY MCPHERSON
Special Agent
Homeland Security Investigations

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on this 7th day of October, 2021. Based on the affidavit, the Court finds that there is probable cause to believe the defendants committed the offense set forth in the Complaint.

HON. S. KATE VAUGHAN
United States Magistrate Judge

*United States v. Cabrales Solis & Betancourt*
Complaint - 8
2021R01139

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970